PD-1682-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/30/2015 10:24:39 AM
Accepted 12/30/2015 12:25:22 PM
ABEL ACOSTA
CLERK

**CAUSE NO. 03-14-00105-CR**

**IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS**

_____

FILED IN
COURT OF CRIMINAL APPEALS

December 30, 2015

ABEL ACOSTA, CLERK

**DARRELL WAYNE PARKER,**
**Appellant**
**v.**
**THE STATE OF TEXAS,**
**Appellee**

_____

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO
FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF
APPEALS:**

**COMES NOW,** DARRELL WAYNE PARKER, Appellant, by and
through counsel of record and files this, his First Motion for an Extension of
Time Within Which to File Appellant's Petition for Discretionary Review
(PDR). In support of said Motion, Appellant would respectfully show this
Honorable Court as follows:

I.

On December 2, 2015 the Third Court of Appeals at Austin, Texas,
upheld the trial court's conviction for capital murder in Cause No. 70,975 in
a cause styled **_The State of Texas v. Darrell Wayne Parker_** with appellate
court number 03-14-00105-CR. Appellant was assessed a sentence of life

1

imprisonment in the Institutional Division of the Texas Department of Criminal Justice.

## II.

This First Motion for Extension of Time Within Which to File Appellant's PDR is filed on or before the due date for the filing of Appellant's PDR pursuant to **Rules 4 and 9.2 Texas Rules of Appellate Procedure.**

## III.

Counsel does not seek this additional time to intentionally disregard this Honorable Court's docket and scheduling order, but the effective preparation of the PDR in this matter has been impossible due to an extraordinarily heavy case load which has made it impossible to complete this petition. Besides Counsel's normal workload, on December 14, 2015, Counsel for appellant completed and filed a brief in a non-death penalty capital case, to-wit: *Boswell v. State*, No. 02-15-00116-CR. Appellant relies on the following facts as good cause for the requested extension: Besides Counsel's normal workload, on December 14, 2015, Counsel for appellant completed and filed a brief in a non-death penalty capital case, to-wit: *Boswell v. State*, No. 03-15-00540-CR. The reporter's record in that case consisted of 12 volumes covering, with various pre-trial hearings, a week-

long trial.  Immediately following that, Counsel was out of her office for approximately 4 working days including over-night stays in connection with other legal matters.  Finally, Counsel had planned vacation time during the Christmas holidays from the 23rd of December until the 4th of January, 2016.  The undersigned, therefore, would request an additional 30 days from January 2, 2015, to review the record and to perform the necessary legal research for preparation of the brief herein.

WHEREFORE, Appellant prays that the Honorable Justices of this Court would, in all things, GRANT this First Motion for Extension of Time Within Which to File Appellant's Petition for Discretionary Review and would extend the deadline in this cause to February 2, 2016.

**COPELAND LAW FIRM**
P.O. Box 399
Cedar Park, TX  78613
Mobil/Text:  512.897.8126
Fax:  512.215.8114
Email:  ecopeland63@yahoo.com


By:  /s/ Erika Copeland
    Erika Copeland
    State Bar No. 16075250
    Attorney for Appellant

### CERTIFICATE OF SERVICE, OF COMPLIANCE WITH RULE 9 AND OF CONFERENCE

This is to certify that on December 30, 2015, a true and correct copy of the above and foregoing document was served on:

Henry L. Garza, District Attorney
Attn: Bob Odom, Appellate Section
PO Box 324
Belton, Texas 76513-034

in accordance with the Texas Rules of Appellate Procedure, and that the Motion For Extension Of Time Within Which To File Appellant's Petition For Discretionary Review is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under Rule 9.4(i)(1) contains 545 words. A conference with opposing counsel was held on December 30, 2015, and opposing party does not oppose said motion.

/s/ Erika Copeland
Erika Copeland